**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **MARIE HARRIS,** )<br>)<br>　　Plaintiff, )<br>)<br>　v. )<br>)<br>**ALABAMA COOPERATIVE** )<br>**EXTENSION SYSTEM,** )<br>)<br>　　Defendant. ) | CIVIL ACTION NO.<br>2:16cv843-MHT<br>(WO) |

## OPINION

Plaintiff filed this case claiming race discrimination in employment. Defendant moved for summary judgment. After plaintiff's attorneys were permitted to withdraw from the case, she moved to dismiss her case without prejudice; defendant asked that the dismissal be with prejudice. This case is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice and that defendant's motion for summary judgment denied as moot. There are no objections to the recommendation. Upon an independent

and de novo review of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of December, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**