IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARIE HARRIS,                  )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:16cv843-MHT
                               )            (WO)
ALABAMA COOPERATIVE            )
EXTENSION SYSTEM,              )
                               )
     Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 50) is adopted.

(2) Plaintiff's motions to dismiss without prejudice (doc. nos. 46 & 49) are granted.

(3) All other motions are denied as moot.

(4) This case is dismissed without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of December, 2017.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE